IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. WILLIAMS,

       Plaintiff,           No. CIV S-04-1343 FCD CMK P

   vs.

DAVID TRISTAN, et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On March 22, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed March 22, 2005, are adopted in full;

3    and

4        2.  This action is dismissed, without prejudice, for failure to exhaust

5    administrative remedies.

6    DATED: April 27, 2005

7

8                                    /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL JR.
9                                    United States District Judge

10   /will1343.804

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2