IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | No. CIV S-04-1343-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID TRISTAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On April 28, 2005, judgment was entered dismissing this action in its entirety for failure to exhaust administrative remedies and plaintiff appealed. On April 17, 2006, the Ninth Circuit Court of Appeals issued an unpublished memorandum disposition affirming in part, reversing in part, and remanding for further proceedings. Specifically, the Ninth Circuit concluded:

> The district court properly dismissed without prejudice Williams's claim relating to the confiscation of the January, February, March, April and May 2003 issues of his Playboy magazine subscription. . . .

///

1

The district court erred in dismissing for failure to exhaust Williams's claims regarding the confiscation and denial of personal property including his Playboy magazines, upon his placement in administrative segregation in January 2003, and his constitutional challenge to Administrative Bulletin 02/04. Williams exhausted all administrative remedies available to him.

In light of the Ninth Circuit's conclusions, the court now finds that plaintiff's application to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915(a), and further finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is granted;

2. Plaintiff is required to pay the full statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1);

4. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

5. Service is appropriate for the following defendant(s):

TRISTAN,

PLILER, and

JOHNSON;

/ / /

      6.      The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed July 6, 2004; and

      7.      Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.    The completed Notice of Submission of Documents;

    b.    One completed summons;

    c.    Three completed USM-285 form(s); and

    d.    Four copies of the endorsed complaint filed July 6, 2004.

DATED: May 17, 2006.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

6 | MARCUS R. WILLIAMS,                    No. CIV S-04-1343-FCD-CMK-P
              Plaintiff,
7 |      vs.
     DAVID TRISTAN, et al.,
8 |              Defendants.
9 |                                    /
                   NOTICE OF SUBMISSION OF DOCUMENTS
10         Plaintiff hereby submits the following documents in compliance with the court's order:
11              _____    completed summons form;
                _____    completed USM-285 form(s); and
12              _____    copies of the complaint filed on July 6, 2004.
13
      DATED: _____         _____
14                                                        Plaintiff