IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCUS WILLIAMS,** | NO. 2:04-CV-1343 FCD CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **DAVID TRISTAN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before Monday, November 6, 2006.

October 11, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1