IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS R. WILLIAMS,

        Plaintiff,                  No. CIV S-04-1343 FCD CMK P

    vs.

DAVID TRISTAN, et al.,

        Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file and serve objections to the March 5, 2007 findings and recommendations.  Good cause appearing therefor, IT IS HEREBY ORDERED that:

       1.  Plaintiff's March 26, 2007 request for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the March 5, 2007 findings and recommendations.

DATED:   April 18, 2007.

                                               _____
                                              CRAIG M. KELLISON
                                              UNITED STATES MAGISTRATE JUDGE