IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS R. WILLIAMS, | No. CIV S-04-1343-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DAVID TRISTAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the court's final judgment entered on June 1, 2007. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is not taken in good faith. Specifically, the court concluded that plaintiff failed to state a claim upon which relief could be granted. Plaintiff's First Amendment claim is foreclosed by Mauro v. Arpaio, 188 F.3d 1054 (9th Cir. 1999) (en banc) (upholding ban on material depicting frontal nudity). Plaintiff's due process claim fails because, according to plaintiff's allegations, the deprivation of his property was accompanied by notice and an opportunity to be heard. For these reasons, the court concludes that plaintiff's appeal has no merit.

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    This appeal is <u>not</u> taken in good faith; and

3       2.    The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

DATED: August 31, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE